PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 354614)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Email: jfiero@pszjlaw.com
jrosell@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to the Plaintiff, Michael Goldberg, Trustee of the LFM Plan Recovery Trust*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>LEFEVER MATTSON,<br>Consolidated Debtor. | Case No. 24-10545 HLB<br>(Substantively Consolidated)<br>Chapter 11 |
| MICHAEL GOLDBERG, as trustee of the LFM Plan Recovery Trust,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant. | Adv. Pro. No. 26-01019<br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND SCHEDULING CONFERENCE OBLIGATIONS** |

This Stipulation is entered into by and between plaintiff Michael Goldberg, the duly-appointed Trustee of the LFM Plan Recovery Trust ("***Plaintiff***") and defendant JPMorgan Chase, N.A. ("***Defendant***") (collectively, the "***Parties***"), through their counsel, with regard to the following facts and circumstances:

**<u>RECITALS</u>**

1. Plaintiff served his *Complaint for Avoidance and Recovery of Fraudulent Transfers* ("***Complaint***"), and Defendant filed an *Answer and Affirmative Defenses to Complaint* on October 27, 2026.


4901-4602-2878.1 52011.00002

2. Pursuant to the Court's *Order Granting Stipulation to Continue Status Conference Hearing, Response to Complaint, and Related Deadlines* entered October 15, 2026 [Docket No. 6], a scheduling conference ("***Scheduling Conference***") is set for December 17, 2026 at 2:00 p.m. Pursuant to Fed. R. Bankr. P. 7026(f), numerous deadlines are keyed to the Scheduling Conference, including, but not limited to, a meeting among the parties, initial disclosures, and submission of a written discovery plan (the "***Scheduling Conference Obligations***").

3. The Parties have engaged in early discussions and intend to exchange documents informally in an effort to promote a settlement. The Parties wish to continue the Scheduling Conference and to extend the dates of the Scheduling Conference Obligations by ninety (90) days to allow them time to gather, examine, and review relevant records and, potentially, explore settlement.

**NOW, THEREFORE,** the Parties stipulate and agree as follows:

1. The Parties jointly ask the Court to re-set the Scheduling Conference to a date convenient to the Court that is no earlier than March 15, 2027.

2. The Parties jointly ask the Court to continue all Scheduling Conference Obligations to a date that is consistent with the newly-established Scheduling Conference and Fed. R. Bankr. P. 7026(f).

Dated: November 9, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By */s/*

John D. Fiero

*Counsel to the Plaintiff, Michael Goldberg, Trustee of the LFM Plan Recovery Trust*

Dated: November 9, 2026

REED SMITH, LLP

By

Christopher O. Rivas

*Counsel to JPMorgan Chase Bank, N.A.*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA